**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7325**

JAMES O. BROWN,

Plaintiff - Appellant,

versus

WILLIAM E. GUNN; SOUTH CAROLINA LEGISLATIVE
BRANCH,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CA-95-1465-2-18AJ)

Submitted: January 11, 1996        Decided: January 24, 1996

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James O. Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. We affirm the district court's dismissal because the face of the Appellant's complaint reveals that his eligibility for parole is the same as it was when he was convicted. Accordingly, Appellant's complaint fails to establish a violation of the Ex Post Facto Clause. See California Dep't of Corrections v. Morales, ___ U.S. ___, 63 U.S.L.W. 4327, 4330 (U.S. Apr. 25, 1995) (No. 93-1462). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED